CARTER, Appellant, v. BUILDERS' CONSTRUCTION CO., et al., Respondents. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by William Carter against the Builders' Construction Company and others. G. A. Stearns, for appellant. B. G. Paskus, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARY MFG. CO., Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by the Cary Manufacturing Company against the Consolidated Gas Company. J. A. Garver, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on 118 App. Div. 92, 102 N. Y. Supp. 1017. Order filed.

In re CASE. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) In the matter of the final judicial settlement of the accounts of Margaret M. Case, as administratrix, etc., of Joseph W. Case, deceased. No opinion. Motion denied.

CAVANAUGH, Appellant, v. BRUMME, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by William M. Cavanaugh against Alfred Brumme. P. F. Loftus, for appellant. J. F. Brush, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CHRISTIAN v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Mollie G. Christian against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

CITY OF NEW YORK, Respondent, v. FURNISS, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by the city of New York against Sophia. R. G. Furniss. H. D. Baldwin, for appellant. W. H. King, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CITY OF NEW YORK, Respondent, v. URGALO et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by the city of New York against Louis Urgalo and another. No. opinion. Judgment of the Municipal Court affirmed, with costs.

CLEMENT, Com'r, Respondent, v. LARSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Maynard N. Clement, as commissioner, against Christine Larson, impleaded. L. A. Waldo, for appellant. H. H. Kellogg, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CLUETT, Respondent, v. CLUETT et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Clarence Cluett against C. Fred Cluett and others. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of the costs in this court and in the court below.

COE, Respondent, v. PATTERSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Harriet Coe, as executrix, etc., against Mary Patterson and others. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 106 N. Y. Supp. 659.

COHALAN, Respondent, v. NEW YORK PRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by John P. Cohalan against the New York Press Company. E. M. Boyle, for appellant. W. McArthur, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

COHEN v. AMERICAN SURETY CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by J. Quintus Cohen against the American Surety Company. No opinion. Motion granted, and questions certified. Order filed.

COHEN v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Julius M. Cohen against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

COHEN, Respondent, v. REGIERER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Barney Cohen against Isaac Regierer and another. No opinion. Motion denied, with costs.

COHN, Appellant, v. SCHWARTZ, Respondent. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Simon Cohn against Joseph Schwartz. No opinion. Judgment of the Municipal Court affirmed on argument, with costs.

COMERFORD v. BRISTOL. COHN v. TOMES. NORWOOD v. PREFERRED ACCIDENT INS. CO. ELDAEN REALTY CO. v. BENSAMON. GORDITZER v. LEVENSON. DORSETT v. DOUBLEDAY & CO. BARTH v. BLAINE. ROSENBERG v. JACOBSON. JACOB v. KELLOGG. INNOVATION TRUNK CO. v. PLATT. STERN v. BARRETT CHEMICAL CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Actions by Minnie Comerford against George W. Bristol, by Samuel Cohn against George Tomes, by Herbert E.